UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 02, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEFFREY PAUL BARBERIE,

Defendant.

Case No. 2:18-mj-00001-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JEFFREY PAUL BARBERIE, Case No. 2:18-mj-00001-CKD from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ \_\_\_\_\_

__X__ Unsecured Appearance Bond $ 50,000 - cosigned by father.

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

__X__ (Other): Pretrial Services conditions of supervision.

Issued at Sacramento, California on January 02, 2018 at 2:30 pm

By: _(signature)_

Magistrate Judge Carolyn K. Delaney